UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/2025
```

JOHN ARETAKIS,

                              Plaintiff,                  25-CV-04814 (DEH)(SN)

            -against-                                         **ORDER**

CHANGE HEALTHCARE, et al.,

                             Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The parties were due to file a status letter by June 30, 2025, updating the Court on whether the United States Judicial Panel on Multidistrict Litigation has issued a conditional transfer order. ECF No. 8. No letter has been filed, and the case has not been transferred. The parties are directed to file a joint status letter by July 14, 2025. If the Panel has issued a conditional transfer order by that date, the parties shall file a copy of that order on the docket in this case.

**SO ORDERED.**

                                                                           SARAH NETBURN
                                                                          United States Magistrate Judge

DATED:      July 7, 2025
                  New York, New York